| | |
|---|---|
| 1  BENJAMIN B. WAGNER<br>   United States Attorney<br>2  SAMUEL WONG<br>   Assistant U.S. Attorney<br>3  501 I Street, Suite 10-100<br>   Sacramento, California  95814<br>4  Telephone: (916) 554-2772 | **FILED**<br>SEP 29 2011<br>CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA<br>BY _____<br>         DEPUTY CLERK  |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SEALED

IN RE: SEARCH WARRANT

CASE NO.
2:11-SW-0416 KJN

**SEALING ORDER**

Upon application of the United States of America and good cause having been show,

IT IS HEREBY ORDERED that the search warrant and search warrant affidavit underlying the search warrant in the above-entitled proceeding shall be filed under seal and shall not be disclosed to any person, with the exception that a copy of the search warrant will be left at the scene of the search, unless otherwise ordered by this Court.

DATED: September 28, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE